# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136790

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GORDON DEVERE SCHULTZ,
     Defendant-Appellant.

SC: 136790
COA: 272219
Midland CC: 05-002533-FH

_____/

     On order of the Court, the application for leave to appeal the May 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2008

_____
Clerk

d1203